IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEX CHRISTOPHER DEJESUS, : No. 3:25-CV-0483
Plaintiff :
: (Judge Munley)
v. :
:
WARDEN SHOEMAKER, et al., :
Defendants :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 complaint alleging unconstitutional conditions of confinement at Lycoming County Prison is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order.

3. If no amended complaint is timely filed, dismissal will automatically convert to dismissal with prejudice and the court will CLOSE this case.

Date: 5/8/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court